ATTACHMENT

RECEIVED NOV 2004

Pg 7-7

```
   GUAL5   540*23  *          SENTENCE MONITORING              *    10-18-2004
PAGE 001          *           COMPUTATION DATA                 *    10:21:35
                              AS OF 10-18-2004

REGNO..: 18160-069 NAME: MENDOZA-LEBRON, ABDUL


FBI NO............: 459811KB6            DATE OF BIRTH: 05-08-1977
ARS1..............: COM/FED WRIT         ARS2.........: GUA/A-HLD
UNIT..............: 4C                   QUARTERS.....: D01-111U
DETAINERS.........: NO                   NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 01-23-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-29-2005 VIA GCT REL

--------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: PUERTO RICO
DOCKET NUMBER....................: 99-CR-255-02(HL)
JUDGE............................: LAFFITTE
DATE SENTENCED/PROBATION IMPOSED: 06-18-2001
DATE COMMITTED...................: 04-02-2002
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:  $100.00         $00.00            $00.00         $00.00

RESTITUTION...: PROPERTY: NO   SERVICES: NO      AMOUNT: $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONSPIRACY T DISTRIBUTE COCAINE & COCAINE BASE.

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    96 MONTHS
 TERM OF SUPERVISION.............:    6 YEARS
 NEW SENTENCE IMPOSED............:   48 MONTHS
 BASIS FOR CHANGE................: RULE 35 GOVERNMENT APPEAL
 CLASS OF OFFENSE................: CLASS A FELONY
 DATE OF OFFENSE.................: 08-19-1999




G0002      MORE PAGES TO FOLLOW . . .
```

```
   GUAL5   540*23 *            SENTENCE MONITORING          *     10-18-2004
PAGE 002 OF 002 *              COMPUTATION DATA             *     10:21:35
                                AS OF 10-18-2004

REGNO..: 18160-069 NAME: MENDOZA-LEBRON, ABDUL


-----------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 08-20-2004 AT COM AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 12-04-2001
TOTAL TERM IN EFFECT............:    48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 08-19-1999

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 188
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 05-29-2005
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-03-2005


PROJECTED SATISFACTION DATE.....: 05-29-2005
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: SENT REDUCED TO 48 MOS; ALL OTHER ASPECTS REMAIN UNCHANGED




S0055         NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```