IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * | |
| Plaintiff | * | |
| v. | * | CRIM. NO. 99-255 (HL) |
| ABDUL MENDOZA LEBRON | * | |
| Respondent | * | |
| _____ | * | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO GOVERNMENT'S MOTION**

TO THE HONORABLE COURT:

COMES NOW defendant in the above captioned matter through the undersigned counsel and before this Honorable Court respectfully states and prays as follows:

1. That on December 9th, 2004, the Government filed a motion in response to defendant's motion requesting court order to the Bureau of Prisons filed in November 4, 2004.

2. That the undersigned counsel was in Chicago, Illinois for several days and in combination with several legal compromises, was unable to file a motion to respond to the Government's motion.

3. That the defendant wishes to clarify the motion initially filed by him and to respond to the Government's motion. However, in order to make a responsible submission with this Court, an extension of fourteen (14) days is hereby requested.

WHEREFORE, defendant Abdul Mendoza respectfully requests from this Honorable Court to grant the instant request and grant until January 7, 2004 to file defendant's response to the Government's motion.

RESPECTFULLY REQUESTED.

In Bayamón, Puerto Rico, this 22nd day of December, 2004.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will sent notification of such filing to the United States Attorney's Office, Assistant U.S. Attorney, Sonia Torres-Pabón.

S / VILMA MARIA DAPENA
Vilma Maria Dapena
Esteban Padilla St. 101-5
Bayamón, Puerto Rico 00959
Tel. (787) 780-5409
Fax (787) 798-7386
E-mail address vdpena @ prtc.net

USDC-PR 207812