IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| Plaintiff | |
| | * |
| v. | CRIM. NO. 99-255 (HL) |
| | * |
| ABDUL MENDOZA LEBRON | * |
| | |
| Respondent | * |
| | |
| _____ | * |

**INFORMATIVE MOTION**

TO THE HONORABLE COURT:

    COMES NOW defendant in the above captioned matter through the undersigned counsel and before this Honorable Court respectfully states and prays as follows:

    1.    That the Court had granted a motion for extension of time to the defendant in order to respond to the government's motion regarding a previous motion filed by the defendant requesting a court order to the Bureau of Prisons.

    2.    That at this time the problem that arose with the Bureau of Prison has been fixed and there is no need for the Court's intervention at this time. As such, there is no need to file a response to the government's motion and the matter can be closed.

    WHEREFORE, defendant Abdul Mendoza respectfully requests from this Honorable Court to take notice of the foregoing.

    RESPECTFULLY REQUESTED.

    In Bayamón, Puerto Rico, this 5th day of January, 2005.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will sent notification of such filing to the United States Attorney's Office, Assistant U.S. Attorney, Sonia Torres-Pabón.

    S / VILMA MARIA DAPENA
Vilma Maria Dapena
Esteban Padilla St. 101-5
Bayamón, Puerto Rico 00959
Tel. (787) 780-5409
Fax (787) 798-7386
E-mail address vdpena @ prtc.net

USDC-PR 207812