| PROB 22 (Rev 2/88) | | DOCKET NUMBER *(Tran Court)* |
|---|---|---|
| | | 0104: 99CR00255-002(HL) |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Abdul Mendoza-Lebrón<br>12710 Linda Drive<br>Tampa, FL 33612 | PUERTO RICO | PROBATION |
| | NAME OF SENTENCING JUDGE | |
| | HON. HECTOR M. LAFFITTE, SENIOR U.S.D.J. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/28/2004 — TO 12/27/2010 |

OFFENSE

21 USC Section 846 - Conspiracy to distribute cocaine and cocaine base, a Class "A" felony.

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Judicial__ DISTRICT OF __Puerto Rico__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Judicial District of Puerto Rico__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 28, 2007                           s/Jay A. Garcia Gregory
_____                             _____
      Date                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Florida__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                             _____
  Effective Date                            United States District Judge