# UNITED STATES DISTRICT COURT
### DISTRICT OF PUERTO RICO
### FEDERICO DEGETAU FEDERAL BLDG. - RM. 150
### CARLOS CHARDON AVE.
### HATO REY, PUERTO RICO 00918-1767

FRANCES RIOS DE MORAN  
CLERK

TEL. (787) 772-3000  
FAX (787) 766-5693

January 10, 2008

Sheryl L. Loesch, Esq.  
Clerk of Court  
U.S. District Court for  
the Middle District of Florida  
Orlando, FL 32801-0120

**Re:   Criminal No. 99-255-02 (JAG)   United States of America v. Abdul Mendoza-Lebron**

Dear Ms. Loesch:

In accordance with Transfer of Jurisdiction Order filed in the above-entitled case on December 28, 2007, we enclose the following documents:

1. Certified copy of Indictment filed August 19, 1999 (docket #1).

2. Certified copy of Amended Judgment filed August 23, 2004 (docket #215).

3. Certified copy of Transfer of Jurisdiction Order filed December 28, 2007 (docket #235).

4. Certified copy of docket sheet.

Kindly acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

FRANCES RIOS DE MORAN, ESQ.  
Clerk of Court

Lida I. Egele  
Operations Manager

Enc.  
cc: Z. Basora, Supervising USPO